UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

CASE; MASQ MARKETING, INC., V RENUEN CORPORATION, ET AL

CIVIL ACTION NO.: 12-CIV-4717

I, Charles A Harris, III, do swear that I served a Summons in a Civil Action, Complaint, Individual Practices in a Civil Case, Electronic Case Filing Rules and Instructions, Rule 7.1 Statement, SDNY ECF Rules, Judge Cote Individual Rules and Initial Pretrial Conference Notes, addressed to James Scott brown, 36 Charter Oak Court, Doylestown, Pa by hand delivering to him on July 10, 2012 at 7:30 p.m.

_____
I verify that the statements in this return of service are true and correct. The server listed below is a competent adult over the age of 18 and unrelated to the person or persons involved in this matter.

Signature of Process Server
Charles A Harris, III, LPI
Harris Investigations. LLC
PO Box 304
Lansdale PA 19446
888-484-9827

X _refused to sign_____ Home number_____
Signature of person served

X _James Scott Brown_____ Work Number: _____

Age_____   Sex_____ Race_____   Height_____

Weight_____   Hair_____   Glasses_____   Facial hair_____

see photograph

Sworn to before me

this __10__ day of __July__, 2012

_____
Notary

NOTARIAL SEAL
MICHELE M HARRIS
Notary Public
HATFIELD TWP., MONTGOMERY COUNTY
My Commission Expires Aug 10, 2016

