```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
MASQ MARKETING, INC.,               :
                                    :
                    Plaintiff,      :    12 Civ. 4717 (DLC)
                                    :
            -v-                     :    ORDER
                                    :
RENUEN CORPORATION, BELVEDERE GLOBAL:
STRATEGIES, PRINCETON CORPORATE     :
SOLUTIONS and JAMES SCOTT BROWN,    :
                                    :
                    Defendants.     :
                                    :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/12

DENISE COTE, District Judge:

On August 18, 2012, defendants filed a motion to dismiss the original complaint in this action pursuant to Rule 12(b)(2) & (6), Fed. R. Civ. P.  An Order of September 4 directed the plaintiff to file any amended complaint by September 14 and alerted the plaintiff that it would have no further opportunity to amend.  The plaintiff filed an amended complaint on September 14, thereby mooting the defendants' August 18 motion.  Defendants renewed their motion on October 4.  It is hereby

ORDERED that the plaintiff shall serve any opposition to the motion to dismiss by **October 26, 2012**.  Defendants' reply, if any, shall be served by **November 2, 2012**.  At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or

delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:    New York, New York
          October 9, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　United States District Judge